# STATE OF WEST VIRGINIA

# EXECUTIVE DEPARTMENT

# At Charleston

# EXECUTIVE ORDER NO. 2-20

# By the Governor

**WHEREAS,** a State of Emergency was declared on the Sixteenth Day of March, Two Thousand Twenty for all counties in West Virginia (the "State of Emergency Declaration"), to allow agencies to coordinate and create necessary measures to prepare for and respond to the outbreak of respiratory disease caused by a novel coronavirus now known as COVID-19; and

**WHEREAS,** Chapter 15, Article Five, Section 6 of the Code of West Virginia authorizes the Governor to, among other things, control ingress and egress to and from a disaster area or an area where large-scale threat exists, the movement of persons within the area, and the occupancy of premises therein; and

**WHEREAS,** large-scale threat exists throughout the state because of COVID-19, especially where people tend to gather in close proximity, including in casinos and businesses that serve food and drink to the public such as bars and restaurants, and it is in the interest of public health that such gatherings be limited to the extent reasonably possible; and

**WHEREAS,** the negative economic impact to businesses such as bars and restaurants from limiting occupancy in such establishments to prevent the spread of COVID-19 can be mitigated by prohibiting on-premises consumption to avoid unreasonable numbers from congregating in such establishments, but by providing that such establishments may continue to serve food and drink to customers by take-away or delivery; and

**WHEREAS**, each state agency, including the West Virginia Alcohol Beverage Control Administration, has been delegated authority pursuant to the State of Emergency Declaration to suspend the provisions of its regulatory statutes or rules to the extent necessary to cope with the emergency, and any such suspension will be in harmony with the intent of this Executive Order.

**NOW, THEREFORE, I, JIM JUSTICE**, pursuant to the authority vested in me pursuant to the provisions of Chapter 15, Article Five, Section 6 and Chapter 15, Article 5, Section 1 of the Code of West Virginia, hereby **DECLARE** and **ORDER** that, effective as of 12:00 AM, Eastern Standard Time, on the Eighteenth day of March, Two Thousand Twenty, all casinos shall be closed to the general public and that all restaurants and bars throughout the 55 counties of this state shall not allow on-premises consumption of food or drink or occupancy by the general public for purposes other than picking up food and/or drink from such establishment to be taken away.

**IN WITNESS WHEREOF,** I have hereunto set my hand and caused the Great Seal of the State of West Virginia to be affixed.



**DONE** at the Capitol in the City of Charleston, State of West Virginia, this Eighteenth day of March, in the year of our Lord, Two Thousand Twenty in the One Hundred Fifty-seventh year of the State.

*James Justice*
**GOVERNOR**

**By the Governor**

*Mac Warner*
**SECRETARY OF STATE**