# STATE OF WEST VIRGINIA

# EXECUTIVE DEPARTMENT

## At Charleston

# EXECUTIVE ORDER NO. 8-20

## By the Governor

**WHEREAS,** a State of Emergency was declared on the Sixteenth Day of March, Two Thousand Twenty for all counties in West Virginia (the "State of Emergency Declaration"), to allow agencies to coordinate and create necessary measures to prepare for and respond to the outbreak of respiratory disease caused by a novel coronavirus now known as COVID-19; and

**WHEREAS,** Chapter 15, Article Five, Section 6 of the Code of West Virginia authorizes the Governor to, among other things, control ingress and egress to and from a disaster area or an area where large-scale threat exists, the movement of persons within the area, and the occupancy of premises therein; and

**WHEREAS,** Executive Order 2-20, Executive Order 3-20, and Executive Order 6-20 have ordered closed or otherwise limited occupancy of businesses and establishments such as casinos, restaurants, bars, fitness centers, gymnasiums, recreation centers, barber shops, nail salons, and hair salons, all to protect public health, safety, and welfare; and

**WHEREAS,** large-scale threat exists throughout the state because of COVID-19 and people tend to gather in close proximity at additional facilities and places such as West Virginia's state park lodges and the Hatfield McCoy Trail, where many visitors come into West Virginia from other states where COVID-19 is currently more prevalent, and it is in the interest of public health that such gatherings be limited to the extent reasonably possible; and

**NOW, THEREFORE, I, JIM JUSTICE**, pursuant to the authority vested in me pursuant to the provisions of Chapter 15, Article Five, Section 6 and Chapter 15, Article 5, Section 1 of the Code of West Virginia, hereby **DECLARE** and **ORDER** that, effective as of 12:00 AM, Eastern Standard Time, on the Twenty-first day of March, Two Thousand Twenty, all West Virginia state park lodges throughout the 55 counties of this state and the Hatfield McCoy Trail shall not allow occupancy by the general public.

**IN WITNESS WHEREOF,** I have hereunto set my hand and caused the Great Seal of the State of West Virginia to be affixed.



**DONE** at the Capitol in the City of Charleston, State of West Virginia, this Twentieth day of March, in the year of our Lord, Two Thousand Twenty in the One Hundred Fifty-seventh year of the State.

*James Justice*

**GOVERNOR**

**By the Governor**

*Mac Warner*

**SECRETARY OF STATE**