# STATE OF WEST VIRGINIA

# EXECUTIVE DEPARTMENT

## At Charleston

# EXECUTIVE ORDER NO. 25-20

## By the Governor

**WHEREAS,** a State of Emergency was declared on the Sixteenth Day of March, Two Thousand Twenty for all counties in West Virginia (the "State of Emergency Declaration"), to allow agencies to coordinate and create necessary measures to prepare for and respond to the outbreak of respiratory disease caused by a novel coronavirus now known as COVID-19; and

**WHEREAS,** Chapter 15, Article 5, Section 6 of the Code of West Virginia authorizes the Governor to, among other things, control ingress and egress to and from a disaster area or an area where large-scale threat exists, the movement of persons within the area, and the occupancy of premises therein, and to perform and exercise other functions, powers, and duties that are necessary to promote and secure the safety and protection of the civilian population; and

**WHEREAS,** Executive Order 9-20 ordered individuals to remain at their homes or residences, except when performing essential activities, and closed or otherwise limited the occupancy of businesses and entities that are not "Essential Businesses and Operations," as that term is defined in Executive Order 9-20; and

**WHEREAS,** due to the recent number of positive cases of COVID-19 in several areas of this state, Executive Order 20-20, Executive Order 21-20, Executive Order 22-20, and Executive Order 24-20 implemented further measures to protect the health, safety, and welfare of the public, to disrupt the spread of the virus, and to mitigate the impact of COVID-19 in particular counties of West Virginia; and

**WHEREAS,** due to the increase in the number of positives cases of COVID-19 in Jackson County, it is necessary to implement similar heightened measures in this county as were included

in Executive Order 20-20, Executive Order 21-20, Executive Order 22-20, and Executive Order 24-20; and

**WHEREAS**, it is necessary for those businesses and entities in Jackson County that are Essential Businesses and Operations to further limit the number of employees and members of the public entering and exiting their premises and, therefore, to the maximum extent possible, employers of Essential Businesses and Operations must shift work and their workers off-premises; and

**WHEREAS**, local health departments have broad authority to regulate matters relating to public health under Chapter 16 of the West Virginia Code; and

**WHEREAS**, these additional measures are necessary because of the number of positive cases of COVID-19 in Jackson County at this time and the propensity of the COVID-19 virus to spread via personal interactions.

**NOW, THEREFORE, I, JIM JUSTICE**, pursuant to the authority vested in me pursuant to the provisions of Chapter 15, Article 5, Section 6 and Chapter 15, Article 5, Section 1 of the Code of West Virginia, hereby **DECLARE** and **ORDER**, effective as of 12:00 AM, Eastern Standard Time, on the Fourteenth day of April, Two Thousand Twenty, as follows:

1. For the county of Jackson, the following provisions of Executive Order 9-20 are hereby amended as follows:

    Section 1, Subparagraph g is hereby deleted in its entirety and replaced with the following:

    "g.    Engaging in outdoor activity, provided that individuals at all times and as much as reasonably possible maintain social distancing of six feet from one another and abide by a 5-person limitation on gathering size."

2. All Essential Businesses and Operations conducted by both private and public employers in Jackson County shall order their employees and/or contractors, to the maximum extent possible, to work from their home or residence, or to otherwise work remotely.

3. The local health department in Jackson County, and other appropriate agencies of such county, is hereby directed to establish and enforce protocols to limit occupancy of any such business and entity that remains open to the public under the terms of this Order and all other Executive Orders issued to date related to the COVID-19 pandemic, on an individual-per-square-foot-basis, to be determined in the discretion of such local health department, in consultation with the State Health Officer. The West Virginia National Guard is hereby directed to support such county initiatives through the delivery of goods and services, the conveyance of information, and such other lawful purposes as may be necessary or convenient to such county agencies, to the extent resources are available therefor, in implementing the terms of this Order and lawful orders issued by such agencies. Further, the West Virginia State Police is hereby directed to provide such support in enforcing the terms of this Order and lawful orders issued by such agencies, as may be necessary to and at the request of such county, to the extent resources are available therefor.

**IN WITNESS WHEREOF,** I have hereunto set my hand and caused the Great Seal of the State of West Virginia to be affixed.



**DONE** at the Capitol in the City of Charleston, State of West Virginia, this Thirteenth day of April, in the year of our Lord, Two Thousand Twenty in the One Hundred Fifty-seventh year of the State.

*James Justice*
**GOVERNOR**

**By the Governor**

*Mac Warner*
**SECRETARY OF STATE**