# STATE OF WEST VIRGINIA

# EXECUTIVE DEPARTMENT

## At Charleston

## EXECUTIVE ORDER NO. 33-20

## By the Governor

**WHEREAS,** a State of Emergency was declared on the Sixteenth Day of March, Two Thousand Twenty for all counties in West Virginia (the "State of Emergency Declaration"), to allow agencies to coordinate and create necessary measures to prepare for and respond to the outbreak of respiratory disease caused by a novel coronavirus now known as COVID-19; and

**WHEREAS,** Chapter 15, Article 5, Section 6 of the Code of West Virginia authorizes the Governor to, among other things, control ingress and egress to and from a disaster area or an area where large-scale threat exists, the movement of persons within the area, and the occupancy of premises therein, and to perform and exercise other functions, powers, and duties that are necessary to promote and secure the safety and protection of the civilian population; and

**WHEREAS**, Executive Order 9-20 ordered individuals to remain at their homes or residences, except when performing essential activities, and closed or otherwise limited the occupancy of businesses and entities that are not "Essential Businesses and Operations," as that term is defined in Executive Order 9-20; and

**WHEREAS**, Executive Orders 20-20, 21-20, 22-20, 24-20, and 25-20 ordered additional heightened measures to be taken in certain counties of this state, in order to protect the health, safety, and welfare of the public, to disrupt the spread of the virus, and to mitigate the impact of COVID-19 in such counties; and

**WHEREAS**, since the issuance of Executive Order 9-20, as well as Executive Orders 20-20, 21-20, 22-20, 24-20, and 25-20, the implementation of successful public health measures has resulted in revised projections of rates of infection and COVID-19 related deaths in West Virginia, as well as ever-strengthening supply chains for personal protective equipment and other medical

equipment and supplies, resulting in greater preparedness and response capacity throughout the state; and

**WHEREAS**, in consultation with county officials, including local health officials, the state's public health experts have advised that it is, at this time, appropriate to terminate the additional heightened measures ordered by Executive Order 21-20 with respect to Kanawha County, Executive Order 24-20 with respect to Ohio County, and Executive Order 25-20 with respect to Jackson County; and

**NOW, THEREFORE, I, JIM JUSTICE**, pursuant to the authority vested in me pursuant to the provisions of Chapter 15, Article 5, Section 6 and Chapter 15, Article 5, Section 1 of the Code of West Virginia, hereby **DECLARE** and **ORDER**, effective as of 12:00 AM, Eastern Standard Time, on the Fourth day of May, Two Thousand Twenty, that the provisions of Executive Order 21-20 with respect to Kanawha County, the provisions of Executive Order 24-20 with respect to Ohio County, and Executive Order 25-20 in its entirety, as pertaining only to Jackson County, are terminated, but continue to remain in effect for such other counties as are listed in Executive Order 21-20 and Executive Order 24-20, respectively.

**IN WITNESS WHEREOF,** I have hereunto set my hand and caused the Great Seal of the State of West Virginia to be affixed.



**By the Governor**

**DONE** at the Capitol in the City of Charleston, State of West Virginia, this Third day of May, in the year of our Lord, Two Thousand Twenty in the One Hundred Fifty-seventh year of the State.

**GOVERNOR**

Mac Warner
**SECRETARY OF STATE**