EXHIBIT 27

# STATE OF WEST VIRGINIA

# EXECUTIVE DEPARTMENT

# At Charleston

# EXECUTIVE ORDER NO. 43-20

# By the Governor

**WHEREAS,** a State of Emergency was declared on the Sixteenth Day of March, Two Thousand Twenty for all counties in West Virginia (the "State of Emergency Declaration"), to allow agencies to coordinate and create necessary measures to prepare for and respond to the outbreak of respiratory disease caused by a novel coronavirus now known as COVID-19; and

**WHEREAS,** Chapter 15, Article 5, Section 6 of the Code of West Virginia authorizes the Governor to, among other things, control ingress and egress to and from a disaster area or an area where large-scale threat exists, the movement of persons within the area, and the occupancy of premises therein, and to perform and exercise other functions, powers, and duties that are necessary to promote and secure the safety and protection of the civilian population; and

**WHEREAS,** Executive Order 9-20 required all businesses and operations in West Virginia, except Essential Businesses and Operations as defined therein, to cease all activities within the state except for such minimum basic operations as are necessary to maintain the value of the business's inventory, preserve the condition of the business's physical plant and equipment, ensure security, process payroll and employee benefits, or related functions, and the minimum necessary activities to facilitate employees of the business being able to continue to work remotely from their residences, and provided exceptions for businesses such as home-based businesses and certain small businesses while requiring proper social distancing and hygiene practices be maintained at such businesses; and

**WHEREAS**, since the issuance of Executive Order 9-20 and other executive orders ordering closed or otherwise limiting occupancy of certain establishments and facilities in this state, implementation of successful public health measures has resulted in revised projections of rates of infection and COVID-19 related deaths in West Virginia, as well as ever-strengthening supply chains for personal protective equipment and other medical equipment and supplies, resulting in greater preparedness and response capacity throughout the state; and

**WHEREAS**, on April 27, 2020, I, Governor Jim Justice, announced the state's reopening plan, West Virginia Strong: *The Comeback* (the "Comeback Plan"), to phase in the reopening of businesses in the state of West Virginia on a week by week basis to most effectively monitor and respond to the public health effects of this phased reopening, to be based upon certain metrics and conditions to safely reopen segments of West Virginia's economy and get our citizens back to work, while ensuring the health and protection of all West Virginians, and especially the state's significant elder and vulnerable population who are at most risk from the COVID-19 virus; and

**WHEREAS**, Executive Order 28-20 and Executive Order 30-20 allowed for the resumption of all medical procedures throughout the state while requiring that hospitals and ambulatory surgical centers around the state limit procedures to only more urgent procedures to ensure adequate response capacity and preserve necessary personal protective equipment and other resources at such facilities in the event of any surge of COVID-19; and

**WHEREAS**, under the Comeback Plan, Executive Order 32-20, Executive Order 36-20, Executive Order 37-20, Executive Order 39-20, Executive Order 40-20, Executive Order 41-20, and Executive Order 42-20 have been issued to transition the State to a safer-at-home policy and to allow certain types of businesses to begin to reopen or expand their operations, provided that certain safety measures are in place; and

**WHEREAS**, reopening additional segments of the state's economy in accordance with the Comeback Plan, utilizing a phased approach to reopen sectors of the economy week by week, while continuing to prioritize and provide for the health and protection of all West Virginians, and especially the state's significant elder and vulnerable population, is in the public interest; and

**WHEREAS**, West Virginia's public health experts have advised that allowing for the reopening and/or expansion of certain types of activities in this state, including little league baseball and softball, school-sanctioned summer band and athletics programs, and other low-contact sports, with a prohibition on spectators at any events until June 22, 2020, is appropriate at this time; and

**NOW, THEREFORE, I, JIM JUSTICE**, pursuant to the authority vested in me pursuant to the provisions of Chapter 15, Article 5, Section 6 and Chapter 15, Article 5, Section 1 of the Code of West Virginia, hereby **DECLARE** and **ORDER**, effective as of 12:01 AM, Eastern Standard Time, on the Eighth day of June, Two Thousand Twenty, unless rescinded, amended, or otherwise postponed by subsequent executive order prior to the effective date of this Order, as follows:

1. The following provisions of Executive Order 9-20, as previously amended by Executive Orders 32-20, 36-20, 37-20, 39-20, 40-20, 41-20, and 42-20 are hereby further amended and supplemented as follows:

    a. Section 3, subsection (o) is hereby deleted in its entirety and replaced with the following:

    "o.  **Educational institutions.** Educational institutions including public and private pre-K-12 schools, colleges, and universities for purposes of facilitating distance learning, performing critical research, or performing essential functions including providing for the delivery or pick-up of food for school age children; provided that proper social distancing of six feet between persons is maintained to the greatest extent possible; and provided that educational institutions may resume operations of summer band training programs and of school-sanctioned low-contact sports activities including as of June 8, 2020 practice activities and as of June 22, 2020 games or other competitions. Additional guidance, *Safety Guidance for Low-Contact Sports*, is available at governor.wv.gov."

    b. Section 3 is hereby amended and supplemented by the addition of the following subsections to include low-contact sports:

"11. **Low-Contact Sports**. Low-contact sports, including by way of example only baseball and softball, soccer, disc golf, golf, and tennis, and facilities that host such low-contact sports may resume operations, provided that any in-person spectators are prohibited until June 22, 2020; little league baseball and softball and West Virginia Secondary School Activities Commission sanctioned extracurricular activities may resume operations for practice activities as of June 8, 2020 and for games and other competitions, with spectators, as of June 22, 2020, but must ensure that proper social distancing and hygiene practices are maintained. Additional guidance, *Safety Guidance for Low-Contact Sports* and *West Virginia Secondary School Activities Commission Recommendations and Guidelines for Summer 2020*, is available at governor.wv.gov."

*[Signature Page Follows]*

**IN WITNESS WHEREOF,** I have hereunto set my hand and caused the Great Seal of the State of West Virginia to be affixed.



**By the Governor**

**DONE** at the Capitol in the City of Charleston, State of West Virginia, this Fifth day of June, in the year of our Lord, Two Thousand Twenty in the One Hundred Fifty-seventh year of the State.

**GOVERNOR**

**SECRETARY OF STATE**