# STATE OF WEST VIRGINIA

# EXECUTIVE DEPARTMENT

# At Charleston

# EXECUTIVE ORDER NO. 75-20

# By the Governor

**WHEREAS**, a State of Emergency was declared on the Sixteenth Day of March, Two Thousand Twenty for all counties in West Virginia (the "State of Emergency Declaration"), to allow agencies to coordinate and create necessary measures to prepare for and respond to the outbreak of respiratory disease caused by a novel coronavirus now known as COVID-19; and

**WHEREAS**, Chapter 15, Article 5, Section 6 of the Code of West Virginia authorizes the Governor to, among other things, control ingress and egress to and from a disaster area or an area where large-scale threat exists, the movement of persons within the area, and the occupancy of premises therein, and to perform and exercise other functions, powers, and duties that are necessary to promote and secure the safety and protection of the civilian population; and

**WHEREAS**, Executive Order 9-20 required all businesses and operations in West Virginia, except Essential Businesses and Operations as defined therein, to cease all activities within the state except for such minimum basic operations as are necessary to maintain the value of the business's inventory, preserve the condition of the business's physical plant and equipment, ensure security, process payroll and employee benefits, or related functions, and the minimum necessary activities to facilitate employees of the business being able to continue to work remotely from their residences, and provided exceptions for businesses such as home-based businesses and certain small businesses while requiring proper social distancing and hygiene practices be maintained at such businesses; and

**WHEREAS**, since the issuance of Executive Order 9-20 and other executive orders ordering closed or otherwise limiting occupancy of certain establishments and facilities in this state, implementation of successful public health measures has resulted in revised projections of rates of infection and COVID-19 related deaths in West Virginia, as well as ever-strengthening supply chains for personal protective equipment and other medical equipment and supplies, resulting in greater preparedness and response capacity throughout the state; and

**WHEREAS**, on April 27, 2020, I, Governor Jim Justice, announced the state's reopening plan, West Virginia Strong: *The Comeback* (the "Comeback Plan"), to phase in the reopening of businesses in the state of West Virginia on a week by week basis to most effectively monitor and respond to the public health effects of this phased reopening, to be based upon certain metrics and conditions to safely reopen segments of West Virginia's economy and get our citizens back to work, while ensuring the health and protection of all West Virginians, and especially the state's significant elder and vulnerable population who are at most risk from the COVID-19 virus; and

**WHEREAS**, Executive Order 28-20 and Executive Order 30-20 allowed for the resumption of all medical procedures throughout the state while requiring that hospitals and ambulatory surgical centers around the state limit procedures to only more urgent procedures to ensure adequate response capacity and preserve necessary personal protective equipment and other resources at such facilities in the event of any surge of COVID-19; and

**WHEREAS**, under the Comeback Plan, the phased reopening of businesses and activities in West Virginia has allowed our public health experts to effectively monitor the numbers of cases and rate of spread of the virus within this State and across the nation, and to make recommendations based upon the most current data available; and

**WHEREAS**, Executive Orders 52-20, 55-20, 58-20, 60-20, 62-20, and 65-20 each prohibited the consumption of food or drink at bars in Monongalia County, and limited the occupancy by the general public at bars in Monongalia County for purposes other than picking up food and/or drink from such establishments to be taken away in order to mitigate the spread of COVID-19 in and protect the residents of Monongalia County; and

**WHEREAS**, West Virginia's public health experts have advised that, due to the recent trends in COVID-19 cases in Monongalia County, reopening the bars in Monongalia County for on-premises consumption is appropriate at this time, provided that certain health and safety protocols are strictly enforced and maintained by such bars; and

**NOW, THEREFORE, I, JIM JUSTICE**, pursuant to the authority vested in me pursuant to the provisions of Chapter 15, Article 5, Section 6 and Chapter 15, Article 5, Section 1 of the Code of West Virginia, hereby **DECLARE** and **ORDER** that the provisions of Executive Order 65-20, prohibiting for all bars in Monongalia County from allowing on-premises consumption of food or drink or occupancy by the general public for purposes other than picking up food and/or drink from such establishment to be taken away, among other things, is hereby terminated in its entirety and without further effect, provided that such bars may reopen in strict compliance with applicable guidance, including *Supplemental Protocols for Reopening Monongalia County Bars* and *A Guide to Safely Opening Restaurants and Bars*, each available at governor.wv.gov, and any guidance that may be issued from time to time by the West Virginia Alcohol Beverage Control Administration.

[*Signature Page Follows*]

**IN WITNESS WHEREOF,** I have hereunto set my hand and caused the Great Seal of the State of West Virginia to be affixed.

**DONE** at the Capitol in the City of Charleston, State of West Virginia, this Thirteenth day of October, in the year of our Lord, Two Thousand Twenty in the One Hundred Fifty-eighth year of the State.



By the Governor

*[signature]*
**GOVERNOR**

*[signature: Mac Warner]*
**SECRETARY OF STATE**

# WEST VIRGINIA STRONG
## *The Comeback*

**Supplemental Protocols for Reopening Monongalia County Bars**

Issued August 19, 2020

**West Virginia Strong — *The Comeback***

# Supplemental Protocols for Reopening Monongalia County Bars

Due to the number and demographics of positive cases of COVID-19 in Monongalia County, Executive Order 52-20, together with subsequent orders, prohibited on-premises consumption at bars and placed certain limitations on "bar areas" within restaurants, hotels, and other similar facilities in Monongalia County.

On Monday, August 31, 2020, bars in Monongalia County are expected to be allowed to resume operations subject to the supplemental protocols outlined herein, which supplemental protocols shall supplement the Governor's general guidance for bars and restaurants, *A Guide to Safely Opening Bars and Restaurants*, found at governor.wv.gov.

In order to resume operations on August 31, 2020, bars and bar areas within restaurants, hotels, and other similar facilities shall:

- Strictly enforce a maximum indoor occupancy of 50% of seating capacity;
- Restrict entrance to those who are 21 years of age or older;
- Close and restrict access to dance floors; and
- Prohibit any indoor live performance or entertainment.

In addition to the above protocols, the West Virginia Alcohol Beverage Control Administration, working with state and local police, will increase their enforcement operations related to the Governor's reopening guidelines and these supplemental protocols.

Failure to adhere to the guidelines and these supplemental protocols will result in suspension of a restaurant's or bar's license to operate or its WVABCA license, as applicable, and/or other appropriate enforcement measures.

The Governor has directed his agencies, including the West Virginia Alcohol Beverage Control Administration and the West Virginia Department of Transportation, to work with any appropriate local bodies to allow for expanding the premises and operations of any affected establishments into outdoor and open-air settings to the greatest extent feasible.