

https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid19/MediaBriefingSlides/mediaBriefingSlides.pdf