

...

# Morgantown Campus Testing Cumulative Results by Week

Positive test results are listed with the week that they were reported to WVU by Quest Diagnostics and QLabs, not the date the positive cases were tested. This dashboard should not be used to monitor individual test results. Students, faculty and staff should follow the Return to Campus guidelines to access their individual test results. University results started to be reported on July 21, 2020.

| Dates | Tests Performed: Students | | | Tests Performed: Faculty/Staff | | | Tests Performed: Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | Resulted | Positives | % Positive | Resulted | Positives | % Positive | Resulted | Positives | % Positive |
| Oct. 5 - Oct. 11 | 2,588 | 18 | 0.70% | 541 | 2 | 0.37% | 3,129 | 20 | 0.64% |
| Sep. 28 - Oct. 4 | 2,488 | 20 | 0.80% | 756 | 4 | 0.53% | 3,244 | 24 | 0.74% |
| Sep. 21 - Sep. 27 | 1,817 | 44 | 2.42% | 534 | 1 | 0.19% | 2,351 | 45 | 1.91% |
| Sep. 14 - Sep. 20 | 1,752 | 89 | 5.08% | 324 | 0 | 0.00% | 2,076 | 89 | 4.29% |
| Sep. 7 - Sep. 13 | 1,755 | 103 | 5.87% | 298 | 1 | 0.34% | 2,053 | 104 | 5.07% |
| Aug. 31 - Sep. 6 | 1,435 | 155 | 10.80% | 204 | 1 | 0.49% | 1,639 | 156 | 9.52% |
| Aug. 24 - Aug. 30 | 1,751 | 67 | 3.83% | 156 | 0 | 0.00% | 1,907 | 67 | 3.51% |
| Aug. 17 - Aug. 23 [1] | 7,308 | 55 | 0.75% | 55 | 0 | 0.00% | 7,363 | 55 | 0.75% |
| Aug. 10 - Aug. 16 [2] | 4,454 | 30 | 0.67% | 239 | 0 | 0.00% | 4,693 | 30 | 0.64% |
| Aug. 3 - Aug. 9 [3] | 4,555 | 28 | 0.61% | 746 | 1 | 0.13% | 5,301 | 29 | 0.55% |
| Jul. 27 - Aug. 2 | 3,315 | 35 | 1.06% | 1,583 | 0 | 0.00% | 4,898 | 35 | 0.71% |
| Jul. 21 - Jul. 26 | - | - | - | 1,366 | 3 | 0.22% | 1,366 | 3 | 0.22% |

…

## Morgantown Campus Quarantine Cases by Day

Quarantine means avoiding contact with others to the furthest extent possible for 14 days, as directed by the local health department. Persons who are quarantining should not be on campus for class or work at any point during this period. Persons are likely in quarantine because they've been considered a close contact of someone who tested positive for COVID-19. The University has been aggressive in quarantining as we know students live near one another, and in an abundance of caution we have quarantined to mitigate community spread.

| Date | Residence Halls | University Apartments | Off-Campus | Went Home | Greek Housing | Pending | Total |
|---|---|---|---|---|---|---|---|
| Oct. 13 | 93 | 9 | 61 | 12 | 1 | 1 | 177 |
| Oct. 12 | 82 | 9 | 54 | 11 | 1 | 2 | 159 |
| Oct. 11 | 86 | 10 | 58 | 11 | 1 | 1 | 167 |
| Oct. 10 | 87 | 10 | 60 | 11 | 1 | 1 | 170 |
| Oct. 9 | 87 | 10 | 67 | 15 | 1 | 1 | 181 |
| Oct. 8 | 81 | 7 | 72 | 12 | 0 | 1 | 173 |
| Oct. 7 | 77 | 8 | 73 | 11 | 0 | 1 | 170 |

,,,

## Morgantown Campus Cumulative Results for All Campus Testing

The following table shows the number of results and positive cases found during the University's campus testing process that began on July 20, 2020. This data is cumulative through **October 13, 2020**.

| Students | | | Faculty/Staff | | | Total | | |
|---|---|---|---|---|---|---|---|---|
| Resulted | Positives | % Positive | Resulted | Positives | % Positive | Resulted | Positives | % Positive |
| 33,466 | 644 | 1.92% | 6,914 | 14 | 0.20% | 40,380 | 658 | 1.63% |

Return to list of tables

https://www.wvu.edu/return-to-campus/daily-test-results/morgantown#daily-campus-testing  (Last visited 10/15/20)