# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

AJE ENTERPRISE LLC, et al
*Plaintiff(s)*

v.   Civil Action No. 1:20cv229

James Justice, Frederic L. Wooten, The City of Morgantown and A. Kim Haws,
*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award  ☐ Judgment costs  ☒ Other

other: This Court finds that under the appropriate standard of review, the plaintiffs have failed to state a claim upon which relief may be granted.

This action was:

☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge  John Preston Bailey

Date: January 6, 2021

*CLERK OF COURT*
Cheryl Dean Riley
J. Schoonover, Deputy Clerk

*Signature of Clerk or Deputy Clerk*