# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

AJE ENTERPRISE LLC, et al
*Plaintiff(s)*

v.   Civil Action No. 1:20cv229

James Justice, Frederic L. Wooten, The City of Morgantown, A. Kim Haws,
*Defendant(s)*

CORRECTED

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award     ☐ Judgment costs     ☒ Other

other: The plaintiffs have failed to state a claim upon which relief may be granted. Accordingly, the Motion to Dismiss or, in the Alternative, Motion for Summary Judgment of Defendants City of Morgantown and Emily Muzzarelli, Interim City Manager of Morgantown, West Virginia and Defendants Governor Justice and the West Virginia Alcohol Beverage Control Administrations Motion to Dismiss areGRANTED and this case is DISMISSED

This action was:

☐ tried by jury     ☐ tried by judge     ☒ decided by judge

decided by Judge   John Preston Bailey

Date: 1/22/21

*CLERK OF COURT*
Cheryl Dean Riley

J. Schoonover, Deputy Clerk
*Signature of Clerk or Deputy Clerk*