FILED: January 27, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2256
(1:20-cv-00229-JPB)

_____

AJE ENTERPRISE LLC, d/b/a Whisper Night Club and Lounge; ADAM EREDITARIO; BITS LLC, d/b/a Fat Daddy's; BRIANA WEISEN; DRD2 LLC, d/b/a Almost Heaven Bar & Grill; DANIELLE DUFALLA; BABY SQUIRRELS, LLC, d/b/a Baby Squirrels Saloon; TRAVIS TRACY; B.F. UGLY'S, d/b/a Big Times; ALIAS ENTERPRISES, LLC, d/b/a Code; ZACH TRAUGH; CARIBBA FOODS, LLC, d/b/a Crab Shack Caribba and Dockside Grille; BRON KAYAL; CECELIA'S, d/b/a Joe Mama's; JOE BLODGETT; EXTENSIVE ENTERPRISES; KENNETH DUFALLA; MOUNTAIN MAMAS HOT SPOT LLC; MOUNTAIN MAMAS TAVERN LLC; MEGAN SAMPLES; JACOB SAMPLES; SAR TECH LLC; SHC LLC; STEVE REESE; JL3 LLC, d/b/a The Annex; CHRIS HARE; RAY G 4TH AND GOAL, d/b/a 4th & Goal; RAY G. SCORERS, d/b/a Scorers; RAY GLYMPH; NUT CLUB LLC, d/b/a Blaze; MAXWELL CUMMONS

    Plaintiffs - Appellants

v.

JAMES JUSTICE, in his capacity as Governor of West Virginia; FREDERIC L. WOOTEN, in his capacity as the West Virginia Alcohol Beverage Control Administration Commissioner; THE CITY OF MORGANTOWN; A. KIM HAWS, in her capacity as the City Manager of Morgantown

    Defendants - Appellees

_____

## RULE 42(b) MANDATE

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*